IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00969-LTB-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

TXI OPERATIONS, LP d/b/a TXI-Boulder,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2006.**

    Based upon the parties' agreement, and the entire record herein, the Joint Motion for Expedited Entry of Stipulated Protective Order [Filed May 31, 2006; Docket #18] is **granted**. The Court will sign the Protective Order and enter it on the record.