**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00969-LTB-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

v.

TXI OPERATIONS, LP, d/b/a TXI-Boulder,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(II) (Doc 26 - filed October 31, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: November 1, 2006